**FILED**

Antonio Woodley 11625021
_Name and Prisoner/Booking Number_

USP CANAAN
_Place of Confinement_

PO Box 300
_Mailing Address_

WayMart, PA 18472
_City, State, Zip Code_

OCT 14 2025

CLERK U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY_____
DEPUTY CLERK

**(Failure to notify the Court of your change of address may result in dismissal of this action.)**

## IN THE UNITED STATES DISTRICT COURT
### FOR THE EASTERN DISTRICT OF CALIFORNIA

Antonio D. Woodley,
**(Full Name of Plaintiff)**          Plaintiff,

v.

(1) United States,
**(Full Name of Defendant)**

(2) _____

(3) _____

(4) _____
                    Defendant(s).

☐ Check if there are additional Defendants and attach page 1-A listing them.

)
)
)
)
)
)
)  CASE NO. 1:25-cv-01361-HBk (PC)
)     **(To be supplied by the Clerk)**
)
)
)
)  **CIVIL RIGHTS COMPLAINT**
)  **BY A PRISONER**
)  Damand for Jury Trial
)  ☐ Original Complaint
)  ☐ First Amended Complaint
)  ☐ Second Amended Complaint

## A. JURISDICTION

1.   This Court has jurisdiction over this action pursuant to:

☐ 28 U.S.C. § 1343(a); 42 U.S.C. § 1983

☐ 28 U.S.C. § 1331; <u>Bivens v. Six Unknown Federal Narcotics Agents</u>, 403 U.S. 388 (1971).

☑ Other: Federal Tort Claims Act

2.   Institution/city where violation occurred: Atwater "USP"

**RECEIVED**

OCT 14 2025

CLERK U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY_____
DEPUTY CLERK

## B. DEFENDANTS

1.  Name of first Defendant: _____. The first Defendant is employed as:
    _____at_____.
    (Position and Title)                                                                (Institution)

2.  Name of second Defendant: _____. The second Defendant is employed as:
    _____at_____.
    (Position and Title)                                                                (Institution)

3.  Name of third Defendant: _____. The third Defendant is employed as:
    _____at_____.
    (Position and Title)                                                                (Institution)

4.  Name of fourth Defendant: _____. The fourth Defendant is employed as:
    _____at_____.
    (Position and Title)                                                                (Institution)

**If you name more than four Defendants, answer the questions listed above for each additional Defendant on a separate page.**

## C. PREVIOUS LAWSUITS

1.  Have you filed any other lawsuits while you were a prisoner?     ☑ Yes      ☐ No

2.  If yes, how many lawsuits have you filed? __1__. Describe the previous lawsuits: STAFF ASSAULTED ME
    WHILE my Hands was cuffed Behind my BACK
    a. First prior lawsuit:                        it was taken Advantage of
        1.  Parties: ____WOODLEY_____ v. ____United States_____
        2.  Court and case number: _____Florence, Colorado_____.
        3.  Result: (Was the case dismissed?  Was it appealed?  Is it still pending?) ___Adjudged____
        _____

    b. Second prior lawsuit:
        1.  Parties: _____ v. _____
        2.  Court and case number: _____.
        3.  Result: (Was the case dismissed?  Was it appealed?  Is it still pending?)_____
        _____

    c. Third prior lawsuit:
        1.  Parties: _____ v. _____
        2.  Court and case number: _____.
        3.  Result: (Was the case dismissed?  Was it appealed?  Is it still pending?)_____
        _____

**If you filed more than three lawsuits, answer the questions listed above for each additional lawsuit on a separate page.**

## D. CAUSE OF ACTION

### CLAIM I

1. State the constitutional or other federal civil right that was violated: _8th Amendment Cruel and unusual punishment_.

2. **Claim I.** Identify the issue involved. Check **only one.** State additional issues in separate claims.
   - ☐ Basic necessities
   - ☐ Mail
   - ☐ Access to the court
   - ☐ Medical care
   - ☐ Disciplinary proceedings
   - ☐ Property
   - ☐ Exercise of religion
   - ☑ Retaliation
   - ☑ Excessive force by an officer
   - ☑ Threat to safety
   - ☑ Other: _Sexual Assault_

3. **Supporting Facts.** State as briefly as possible the FACTS supporting Claim I. Describe exactly what **each Defendant** did or did not do that violated your rights. State the facts clearly in your own words without citing legal authority or arguments.

   on October 25th 2023 officers: N. Armador-Sanchez, Armador, Lieutenant Sandoval, and others Sprayed me with OC pepper spray, held me against my well stripped me Naked, Assaulted me with hand cuffs and leg Irons while Recording me on video and Threatening me.

   N. Armador-Sanchez and Armador Sprayed the Mace (OC pepper spray) Lieutenant Sandoval Threatened and ordered the stripping, and holding me against my well and the others participated Perse. LT. Sandoval Stated if I Resist his staff I would be Assaulted

   (IN SHU Housing (LOCK-up))

4. **Injury.** State how you were injured by the actions or inactions of the Defendant(s).

   Continuously Shortness of breath impact and Due to OC pepper spray PTSD Due to humiliation and taken advantage off
   PAIN: Suffering

5. **Administrative Remedies:**
   a. Are there any administrative remedies (grievance procedures or administrative appeals) available at your institution? ☑ Yes ☐ No
   b. Did you submit a request for administrative relief on Claim I? ☑ Yes ☐ No
   c. Did you appeal your request for relief on Claim I to the highest level? ☐ Yes ☑ No NO Response
   d. If you did not submit or appeal a request for administrative relief at any level, briefly explain why you did not. All Appropriate offices was filed upon "OIG, Psychology Sorroyyani; Prea Coordinator Specialist Ms. Servello Also Known as Rogarine who Given a 8eq to file

3

**CLAIM II**

1. State the constitutional or other federal civil right that was violated: _8th Amendment_
   _Cruel and unusual punishment_.

2. **Claim II. Identify the issue involved. Check only one. State additional issues in separate claims.**
   - ☐ Basic necessities
   - ☐ Disciplinary proceedings
   - ☑ Excessive force by an officer
   - ☐ Mail
   - ☐ Property
   - ☑ Threat to safety
   - ☐ Access to the court
   - ☐ Exercise of religion
   - ☑ Other: _Sexual Assault_
   - ☐ Medical care
   - ☑ Retaliation

3. **Supporting Facts. State as briefly as possible the FACTS supporting Claim II. Describe exactly what each Defendant did or did not do that violated your rights. State the facts clearly in your own words without citing legal authority or arguments.**

   On October 4th 2023. while in SHU (Lock Up) Lieutenant Sandoval, officer Armador and others Assaulted me. (Time: After Lunch was Served) D-Range. I was pushed around Assaulted with Hand Cuffs and Leg-Irons, Stripped Naked. Held against my wall and Threatened

   A couple of hours Later I was Placed in a Dry cell in SHU. Lieutenant Sandoval, officer Armador and others Plotted and then Assaulted me. And Dragged me out of the cell others came Pense J. Prince. (Lieutenant) Told Them to Take me back into cell where the cameras couldnt See. J. Prince then Pushed my head into the wall. Threw me onto the Brick Slab, picked me up and Dropped me about 2 Times. at one point an uncovered mattris with urine. ETC. was Placed on top of me as they left the cell.

4. **Injury. State how you were injured by the actions or inactions of the Defendant(s).**
   Bruising — Pain: Suffering, PTSD, Humilation. ▮▮▮▮ To my Dignity (injury)

5. **Administrative Remedies.**
   a. Are there any administrative remedies (grievance procedures or administrative appeals) available at your institution? ☑ Yes ☐ No
   b. Did you submit a request for administrative relief on Claim II? ☑ Yes ☐ No
   c. Did you appeal your request for relief on Claim II to the highest level? ☐ Yes ☑ No _No Response_
   d. If you did not submit or appeal a request for administrative relief at any level, briefly explain why you did not. _I made Complaints on (OIG): Psychology, Soroyyan, and I Gave BP-9 to Ms. Servilla Also Known As Ms. Bogarine_

4

**CLAIM III**

1. State the constitutional or other federal civil right that was violated: _____
_____.

2. **Claim III.** Identify the issue involved. Check **only one.** State additional issues in separate claims.
   ☐ Basic necessities          ☐ Mail          ☐ Access to the court          ☐ Medical care
   ☐ Disciplinary proceedings   ☐ Property      ☐ Exercise of religion        ☐ Retaliation
   ☐ Excessive force by an officer   ☐ Threat to safety   ☐ Other: _____.

3. **Supporting Facts.** State as briefly as possible the FACTS supporting Claim III. Describe exactly what **each Defendant** did or did not do that violated your rights. State the facts clearly in your own words without citing legal authority or arguments.
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____.

4. **Injury.** State how you were injured by the actions or inactions of the Defendant(s).
_____
_____
_____.

5. **Administrative Remedies.**
   a. Are there any administrative remedies (grievance procedures or administrative appeals) available at your institution?          ☐ Yes    ☐ No
   b. Did you submit a request for administrative relief on Claim III?          ☐ Yes    ☐ No
   c. Did you appeal your request for relief on Claim III to the highest level?          ☐ Yes    ☐ No
   d. If you did not submit or appeal a request for administrative relief at any level, briefly explain why you did not. _____
_____.

**If you assert more than three Claims, answer the questions listed above for each additional Claim on a separate page.**

5

## E.  REQUEST FOR RELIEF

State the relief you are seeking:

monetary Compensation, All Parties to be held Accountable for their participation
Compensatory Damages, Punitive Damages ONE hundred and twenty-five thousand
Dollars  125,000

I declare under penalty of perjury that the foregoing is true and correct.

Executed on _Dctober  1rst  2025_
DATE

by: _____
SIGNATURE OF PLAINTIFF

_____
(Name and title of paralegal, legal assistant, or
other person who helped prepare this complaint)

_____
(Signature of attorney, if any)

_____
(Attorney's address & telephone number)

## ADDITIONAL PAGES

All questions must be answered concisely in the proper space on the form.  If you need more space you may attach more pages, but you are strongly encouraged to limit your complaint to twenty-five pages.  If you attach additional pages, be sure to identify which section of the complaint is being continued and number all pages. Remember, there is no need to attach exhibits to your complaint.