UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANTONIO D. WOODLEY,<br><br>            Plaintiff,<br><br>      v.<br><br>UNITED STATES,<br><br>            Defendant. | Case No.  1:25-cv-01361-HBK<br><br>CLERK TO CLOSE CASE BASED UPON PLAINTIFF'S VOLUNTARY DISMISSAL UNDER FED. R. CIV. P. 41 (a)(1)(A)(i)<br><br>(Doc. No.  5) |

     Before the Court is Plaintiff's Response to Order to Show Cause filed November 4, 2025. (Doc. No. 5). Plaintiff is a federal prisoner who initiated this action by filing a pro se complaint under the Federal Tort Claims Act ("FTCA") on October 14, 2025. (Doc. No. 1). In his certified complaint dated and signed "under penalty of perjury," Plaintiff stated he had filed only one other lawsuit while a prisoner. (*Id.* at 2, 6). Because the Court's records indicated Plaintiff had filed more than one lawsuit while a prisoner, on October 17, 2025 the Court issued an Order to Show Cause directing Plaintiff to show cause why this action should not be dismissed for providing false statements on the complaint form. (Doc. No. 4).

     In his dated and signed response, Plaintiff disputes the wording on the complaint form and his interpretation thereof, but  nonetheless "ask[s] that this case be dismiss [ed]." (Doc. No. 5 at 2). The Court construes the response as a notice of voluntary dismissal.

     Because no defendant has been served and no answer nor motion for summary judgment

has been filed, a plaintiff may voluntarily dismiss an action by operation of law without further order from the Court. *See* Fed. R. Civ. P. 41(a)(1)(A)(i). The dismissal is deemed without prejudice because the notice does not state otherwise. Fed. R. civ. P. 41(a)(2).

Accordingly, it is **ORDERED**:

The Clerk of Court is directed vacate all deadlines and CLOSE this case to reflect Plaintiff's notice of voluntary dismissal without prejudice (Doc. No. 5) consistent with Fed. R. Civ. P. 41(a)(1)(A)(i).

Dated:   November 9, 2025

HELENA M. BARCH-KUCHTA
UNITED STATES MAGISTRATE JUDGE

2